JS-6

UNITED STATE DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDAN SHEKLOW, an individual; ANNA SHEKLOW, an individual;<br><br>    Plaintiffs,<br><br>    vs.<br><br>STATE FARM FIRE AND CASUALTY COMPANY, an Illinois Corporation; and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No. CV 18-3860-GW(SSx)<br><br>[State Court No. BC698772]<br><br>Matter Assigned to Honorable Judge George H. Wu<br><br>**ORDER RE: JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE OF PLAINTIFFS' CLAIMS FOR BREACH OF THE IMPLIED COVENANT OF GOOD FAITH AND FAIR DEALING, PUNITIVE DAMAGES, AND ATTORNEY'S FEES** |

    IT IS HEREBY ORDERED that the following claims in the above-entitled action are dismissed as follows:

    (1)    Plaintiffs' second claim for Breach of the Implied Covenant of Good Faith and Fair Dealing ("Bad Faith") in the Complaint is hereby dismissed with prejudice;

    (2)    Plaintiffs' claim for punitive damages in the Complaint is hereby dismissed with prejudice;

(3) Plaintiffs' claim for attorney's fees in the Complaint is hereby dismissed with prejudice.

DATED: June 29, 2018  By: _____
GEORGE H. WU,
United States District Judge

2