UNITED STATE DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDAN SHEKLOW, an individual; ANNA SHEKLOW, an individual; | Case No. 2:18-cv-3860 GW (SSx) |
| Plaintiffs, | [State Court No. BC698772] |
| vs. | Matter Assigned to Honorable Judge George H. Wu |
| STATE FARM FIRE AND CASUALTY COMPANY, an Illinois Corporation; and DOES 1 through 50, inclusive, | [PROPOSED] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE |
| Defendants. | |

IT IS HEREBY ORDERED that the entire above-entitled action is dismissed with prejudice.

DATED: December 11, 2018    By: _____
                                    Honorable Judge George H. Wu
                                    United States District Court

1